182 So. 80

## SAVAGE v. NADLER et al.
### 7 Div. 349.

Court of Appeals of Alabama.
April 5, 1938.

Rehearing Denied May 10, 1938.

Culli & Swann, of Gadsden, for appellant.

Inzer, Davis & Martin, of Gadsden, for appellees.

RICE, Judge.

This appeal is from a judgment in favor of appellees in a suit brought against them, on an alleged joint contract, by appellant.

The case was tried by the court, sitting without a jury. The rules of review are too well known to need re-statement.

The pleas were "in short by consent." We are not sure that we understand, exactly, what is meant by that; but the issues that were litigated are simple and not difficult of comprehension from the record.

Appellees denied any joint contract; and claimed that all amounts due appellant by Mrs. Leak had been paid.

The evidence was in conflict; and we see no occasion to overturn the judgment rendered.

It is affirmed.

Affirmed.